

## Fourth Court of Appeals
### San Antonio, Texas

### MEMORANDUM OPINION

No. 04-23-00372-CV

Herminio **CHAPA** Jr., et al.,
Appellant

v.

**MUSEUM REACH LOFTS**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2022CV06009
Honorable Kevin Henderson, Judge Presiding

PER CURIAM

Sitting:      Beth Watkins, Justice
             Liza A. Rodriguez, Justice
             Lori I. Valenzuela, Justice

Delivered and Filed: September 27, 2023

DISMISSED FOR WANT OF PROSECUTION

Appellant's brief was originally due July 28, 2023 and was not filed. On August 8, 2023, we ordered appellant to file, by August 23, 2023: (1) his brief; and (2) a written response reasonably explaining his failure to timely file a brief. In our order, we cautioned the appellant that if he failed to timely file a brief and written response, we would dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a).

Appellant did not respond to our order. Because appellant has failed to timely file a brief, this appeal is dismissed for want of prosecution. *See id.*

PER CURIAM